IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

STANLEY L CUTHBERT,

    Plaintiff,

v.                                                           CASE NO. 1:06-cv-00002-MP-AK

MICHAEL J ASTRUE,
JO ANNE B BARNHART,

    Defendants.

_____/

**O R D E R**

       This matter is before the Court on Doc. 15, Report and Recommendation of the Magistrate Judge, recommending that the decision of the commissioner, denying benefits, be affirmed. The time for filing objections has passed, and none have been filed. The Court agrees with the Magistrate Judge that Claimant's mental impairment was not severe and in finding that his medical condition had improved after June 17, 2003. The mental impairment was not severe because it imposed only mild limitations on daily activities and no significant deficits of concentration, persistence and pace. Plaintiff had not sought any mental health treatment since April 2003, which supports a finding that the condition is not severe. Further, the ALJ based his finding that Plaintiff had improved as of June 17, 2003, based on a consultative examination conducted on this date which was normal and an MRI showing mild to moderate changes, which

did not support the level of disabling pain reported by the Plaintiff. Finally, Plaintiff had sought no medical treatment for his back since July 2003. Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

1. The Report and Recommendation is adopted and incorporated herein.

2. The decision of the Commissioner, denying benefits, is affirmed.

**DONE AND ORDERED** this  *25th*   day of September, 2007

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge